```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, RESHET MEDIA LTD, AND KESHET BROADCASTING LTD,

    Plaintiffs,

-- against --

DOES 1-10, d/b/a **Sdarot.tv**,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:21-cv-11026 (AJN)(RWL)

**ORDER FOR EXPEDITED DISCOVERY AND ALTERNATIVE SERVICE**

# ORDER

Pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A), N.Y. CPLR § 302, and Fed. R. Civ. Pro. 4(k), Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, HOT Communication Systems Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd (together "**Plaintiffs**)", by their attorneys Kaufman & Kahn, LLP, have moved the Court *ex parte* for an Order Authorizing Expedited Discovery and Alternate Service. Plaintiffs proceed on the basis that Defendants, as the ownersand operators of the website (the "Website") located at the domain www.sdarot.tv are liable for direct, vicarious and contributory copyright infringement because the Website is re-broadcasting and streaming, in the United States, Hebrew-language television and online channels and content owned by Plaintiffs exclusively for broadcasting and streaming in Israel, and because Defendantsare circumventing technological measures that effectively control access to Plaintiffs' works. Details are set forth in the Complaint.

Upon the Court having reviewed the Complaint; the Memorandum of Law; the Amended Declaration of Mark S. Kaufman dated January 18, 2021; the Amended Declaration of Eran Presenti dated January 18, 2021; the Declaration of Albertino Matalon, dated January 2, 2021; the Declaration of Noy Peretz dated December 30, 2021; the Declaration of Robert Brake dated December 22, 2021; and the Declaration of David Schwegman, Ph.D., dated January 2, 2022:

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to take expedited discovery, prior to a Rule 26(f) conference, is GRANTED. Plaintiffs may engage in expedited discovery of the names, addresses, telephone numbers and email addresses of the operator and/or owners (the "Defendants") and issue a Rule 45 subpoena to each of the vendors providing services to the website located at [www.Sdarot.tv](www.Sdarot.tv) (the "Website") consisting of Roku, Google, DNSmadeeasy.com, Instagram, Paypal and APKVision.com to obtain the names, addresses, telephone numbers and email addresses of the operator and/or owners of the Website (the "Defendants"); and it is further

ORDERED, that service shall be deemed sufficient upon Plaintiffs' serving the pleadings on Defendants copies of this Order, the Complaint, Summons, and Plaintiff's ex parte application (together with all supporting declarations and other documents) on the Defendants by providing a link to DropBox to a folder containing such court documents, and sending such link to Defendants through the Website's "Contact Us" customer support portal and through the email address [sdarot.tv@gmail.com](sdarot.tv@gmail.com) (and also attaching to the email copies of the Order, the Complaint and Summons) and to any other email address that become known to Plaintiffs by means of the above-described expedited discovery or associated with Defendants' business; and Plaintiffs shall promptly file proof of such service.

SO ORDERED this 19th day of January, 2022.

_____
Robert W. Lehrburger
United States Magistrate Judge