UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED KING FILM DISTRIBUTION LTD, D.B.S. SATELLITE SERVICES (1998) LTD, HOT COMMUNICATION SYSTEMS LTD, RESHET MEDIA LTD, KESHET BROADCASTING LTD, <br><br> Plaintiffs, <br><br> -v.- <br><br> DOES 1-10 *d/b/a* SDAROT.COM, <br><br> Defendants. | 21 Civ. 11026 (KPF) <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, HOT Communication Systems Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd (together "**Plaintiffs**)", by their attorneys Kaufman & Kahn, LLP, having commenced this action against Defendants Does 1-10, d/b/a Sdarot.tv, as the owners and operators of the website, service and/or applications (the "**Website**") located at or linking to the domain www.Sdarot.tv;

Defendants having been properly served with the Summons and Amended Complaint on January 24, 2022, pursuant to the Court's Order for Expedited Discovery and Alternative Service dated January 19, 2022 and entered the same day (the "Order for Alternative Service");

None of the Defendants having filed a response to Plaintiffs' Amended Complaint or otherwise appeared in this action;

The Clerk of the Court having issued a Certificate of Default dated February 22, 2022;

Plaintiffs having moved for default judgment under Fed. R. Civ. P. 55 and for a Permanent Injunction; and

The Court having reviewed the Amended Complaint, Memorandum of Law in support of this Order, and supporting declarations and exhibits submitted therewith, and pursuant to all papers and proceedings to date, this Court now finds with respect to the Defendants the following:

1.    Plaintiffs are movie, television, sports and news content producers and providers in Israel, providing copyrighted programming to hundreds of thousands of subscribers throughout Israel, by cable or satellite broadcasting and online through their own platforms.

2.    Plaintiffs own a valid U.S. copyright registration in each of at least 51 original works, and at least 273 unregistered works (not counting individual seasons and episodes, or individual sports events) subject to copyright protection as provided in the U.S. Copyright Act of 1976, as amended (the "Registered Copyrights"), which Plaintiffs produce and stream on the internet and broadcast for television in Israel (the "Plaintiffs' Works").

3.    Through the Website, Defendants have been re-broadcasting and streaming Plaintiffs' original content, broadcasting channels and TV services which are only authorized for broadcasting and/or viewing in the territory of the State of Israel and under a license (the "**Infringing Broadcasting**").

4.    The Infringing Broadcasting includes original content produced and owned by Plaintiffs, mostly in Hebrew, and also from major studios in the United

States and elsewhere, licensed to Plaintiffs for broadcasting exclusively in Israel (except as expressly licensed for broadcast in the United States).

5.    Plaintiffs transmit their programming in an encrypted form, either as cable television transmission or via satellite transmission, and Defendants' various services and hardware permit end-user consumers to bypass the Plaintiffs' encryption to view Plaintiffs' content.

6.    Defendants are liable for direct, vicarious and contributory copyright infringement because the Website is re-broadcasting and streaming, in the United States, Hebrew-language television and online channels and content owned by Plaintiffs, and/or exclusively licensed for broadcasting and streaming in Israel, and because Defendants are circumventing technological measures that effectively control access to Plaintiffs' Works.

7.    Defendants are liable for violating the anti-circumvention provision of the Digital Millennium Copyright Act (DMCA).

8.    The copying, distribution, offering for sale and sale of Infringing Broadcasting will result in irreparable injury to Plaintiffs if injunctive relief is not granted;

9.    Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from Plaintiffs' and this Court's detection, including by using multiple false identities and addresses associated with their operations and purposely-deceptive contact information for the infringing Website; and

10.    Plaintiffs' harm from denial of the requested Preliminary Injunction would outweigh any harm to Defendants' legitimate interests from granting such

3

an Injunction.

## I.    __DAMAGES__

IT IS HEREBY ORDERED that Plaintiffs United King Film Distribution Ltd, D.B.S. Satellite Services (1998) Ltd, HOT Communication Systems Ltd, Reshet Media Ltd, and Keshet Broadcasting Ltd are awarded damages against Defendants in the following amounts:

A.    Pursuant to 17 U.S.C. § 504(c), statutory damages in the amount of $150,000 for each of Plaintiffs' 51 Registered Copyrights, in the amount of $7,650,000;

B.    For Plaintiffs' attorneys' fees and costs pursuant to 17 U.S.C. § 505 in an amount to be determined and set forth in a separate judgment;

C.    For pre- and post-judgment interest on all monetary relief, from December 22, 2021, at the statutory rate of 9% per annum.

D.    For post-judgment interest to accrue at the federal rate established by 28 U.S.C. § 1961.

## II.    __PERMANENT INJUNCTION ORDER__

### A.    __Against Defendants:__

IT IS FURTHER ORDERED that Defendants, including their agents, servants, employees, affiliates, representatives, successors or assigns and any persons acting in concert or participation with them or third parties providing services used in connection with Defendants' operations, having actual knowledge of this Default Judgment and Permanent Injunction Order (this

"**Order**") by service, actual notice or otherwise, be and are hereby permanently enjoined and restrained from the following:

      1.   Directly or indirectly infringing, transmitting, streaming, distributing, making available to the public, broadcasting, publicly performing, linking to, hosting, promoting, advertising, or displaying in the United States, through the Website, or any other domain, server, website, device, application, service, or process, (a) any of the content produced, owned and/or distributed by Plaintiffs on their respective channels or websites or (b) any of the content that comprises any Plaintiff's channel or website or which any Plaintiff licenses to others for distribution;

      2.   Directly or indirectly infringing any of Plaintiffs' exclusive rights in Plaintiffs' Works (including film, television, sports events and news broadcasting), whether or not registered, now in existence or later created, including without limitation by copying, streaming or otherwise distributing, offering for sale or selling (via the Internet or through other means) any of Plaintiffs' Works; and

      3.   Operating and/or hosting Defendants' Infringing Website, whether at the domain https://Sdarot.tv, any of the other domain names set forth in **Exhibit A** annexed to and made a part hereof, or at any Newly-Detected Website as defined below; and

      4.   Inducing or contributing to any other person's or entity's conduct that falls within Sub-Paragraphs 1 through 3, above; and

      5.   Selling, leasing, licensing, assigning, conveying,

distributing, loaning, encumbering, pledging, or otherwise transferring, whether or not for consideration or compensation, any part of their infringing operations or assets;

6. Removing, destroying or otherwise disposing of any computer files, electronic files, business records, or documents relating to Defendants' infringing Website(s), Defendants' assets and operations, or relating in any way to the copying, broadcasting, streaming or otherwise distributing, making available to the public, offering for sale and/or selling any of any reproduction or broadcasting feed of Plaintiffs' Works;

## B.   **Against Internet Service Providers (ISPs):**

IT IS FURTHER ORDERED that all ISPs (including without limitation those set forth in **Exhibit B** hereto) and any other ISPs providing services in the United States shall block access to the Website at any domain address known today (including but not limited to those set forth in Exhibit A hereto) or to be used in the future by the Defendants ("**Newly-Detected Websites**") by any technological means available on the ISPs' systems.  The domain addresses and any Newly-Detected Websites shall be channeled in such a way that users will be unable to connect and/or use the Website, and will be diverted by the ISPs' DNS servers to a landing page operated and

controlled by Plaintiffs (the "**Landing Page**") which can be reached as follows:

**Domain – zira-usa-11026.org**

**IP Address:  206.41.119.50 (Dedicated)**

The Landing Page will include substantially the following information:

6

**On April 26, 2022, in the case of *United King Distributors, et al. v. Does 1-10, d/b/a Sdarot.tv* (S.D.N.Y., Case No. 1:21-cv-11026 (KPF) (RWL)), the U.S. District Court for the Southern District of New York issued an Order to block all access to this website/ service due to copyright infringement**

### C.   <u>Against Third Party Services, Generally</u>

IT IS FURTHER ORDERED, that third parties providing services used in connection with Defendants' operations -- including, without limitation, ISPs, web hosting providers, CDN service providers, DNS service providers, VPN service providers, domain name purchasing service, domain names privacy service, back-end service providers, affiliate program providers, web designers, shippers, search-based online advertising services (such as through-paid inclusion, paid search results, sponsored search results, sponsored links, and Internet keyword advertising), any banks, savings and loan associations, merchant account providers, payment processors and providers, credit card associations, or other financial institutions, including without limitation, PayPal, and any other service provider which has provided services or in the future provides services to Defendants and/or the infringing Website (including without limitation those set forth in the list annexed and made **<u>Exhibit C</u>** annexed hereto) (each, a "**<u>Third Party Service Provider</u>**") -- having knowledge of this Order by service, actual notice or otherwise be and are hereby permanently enjoined from

providing services to the Website (through any of the domain names set forth in Exhibit A hereto or at any Newly-Detected Websites) or to any Defendant in conjunction with any of the acts set forth in subparagraphs (A)(1) to (A)(6) above; and

### D.    Against Registrars and Registries

IT IS FURTHER ORDERED as follows:

1.    That all domain names associated with the infringing Website, including without limitation those set forth in Exhibit A hereto, as well as any Newly-Detected Websites, be transferred to Plaintiffs' ownership and control; and

2.    That in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' on-going operation of their counterfeiting activities, in the event Plaintiffs identifies any Newly-Detected Website registered or operated by any Defendant and used in conjunction with the streaming any of Plaintiffs' Works, including such Websites utilizing domain names containing any of Plaintiffs' service mark or marks confusingly similar thereto, Plaintiffs shall have the ongoing authority to serve this Order on the domain name registries and/or the individual registrars holding and/or listing one or more of such the domain names associated with the Newly-Detected Websites; and

3.    That the domain name registries and/or the individual registrars holding and/or listing one or more of the domain names associated with the Newly-Detected Websites, within seven (7) days of service of a copy of

this Order, shall temporarily disable any domain names associated with the Newly-Detected Websites, make them inactive, and channel them in such a way that users will be unable to connect and/or use the Website, and ***will be diverted to the Landing Page*** (as defined in Paragraph B, above); and

4. That after thirty (30) business days following the service of this Order, the registries and/or the individual registrars shall provide Plaintiffs with all contact information for the Newly-Detected Websites; shall transfer any domain names associated with the Newly-Detected Websites to the ownership and control of Plaintiffs, through the registrar of Plaintiffs' choosing, unless the Defendant has filed with the Court and served upon Plaintiffs' counsel a request that such Newly-Detected Websites be exempted from this Order or unless Plaintiffs requests that such domain names associated with the Newly-Detected Websites be released rather than transferred; and

5. That any Defendant may upon two (2) business days' written notice to the Court and Plaintiffs' counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Order concerning the restriction upon transfer of such domain names associated with the Newly-Detected Websites belonging to or controlled by any Defendant; and

### E.    Against Defendants' Monetary Accounts

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders:

1. That until Plaintiffs have recovered the full payment of monies owed to them by any Defendant under this Order, in the event Plaintiffs

discover new monies or accounts belonging to or controlled by any Defendant, Plaintiffs shall have the ongoing authority to serve this Order on any party controlling or otherwise holding such accounts, including but not limited to banks, PayPal or other merchant account providers, payment providers, or third party processors (each,  an "**Account Holder**"); and

2.    That each Account Holder shall immediately locate and restrain all accounts belonging to or controlled by such Defendant from transferring or disposing of any money, stocks or other of such Defendant's assets, and shall prevent such funds from being transferred or withdrawn by such Defendant and shall provide Plaintiffs with the information relating to those websites and/or accounts; and

3.    That after thirty (30) business days following the service of this Order on such Defendant and Account Holder, Account Holder shall transfer all monies in the restrained accounts to Plaintiffs, unless the Defendant has filed with the Court and served upon Plaintiffs' counsel a request that such monies be exempted from this Order; and

4.    That any Defendant may upon two (2) business days' written notice to the Court and to Plaintiffs' counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Order concerning the restriction upon transfer of such new monies or accounts belonging to or controlled by any Defendant; and

### III.   <u>Post-Judgment Discovery</u>

IT IS FURTHER ORDERED, that Plaintiffs may engage in post-judgment discovery pursuant to Fed. R. Civ. P. Rule 69 by providing actual notice, pursuant to subpoena or otherwise, of this Order to any of the following: (1) Defendants, their agents, servants, employees, affiliates, attorneys, successors or assigns and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, merchant account providers, payment processors or providers, credit card associations, or other financial institutions, including without limitation, PayPal, which receive payments or hold assets on behalf of Defendants or of the infringing Website; and/or (3) any Third Party Service Provider; and

IT IS FURTHER ORDERED, that any Third Party Service Provider shall within five (5) days after receipt of such notice, provide copies of all documents, communications and records in such person or entity's possession or control relating to any of the following:

1.   The identities and addresses (physical and email) of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing Websites and financial accounts (except that domain name registration privacy protection services shall provide the information in this subparagraph F.1. within two (2) days after receipt of notice);

2.   The infringing Websites;

11

3. Any domain names registered by Defendants associated with the infringing Websites, including without limitation any Newly-Detected Website; and

4. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, merchant account providers, payment processors and providers, credit card associations, or other financial institutions, including without limitation, PayPal; and

IV. **Service of Process via Email**

IT IS FURTHER ORDERED, that Plaintiffs shall serve a copy of this Order and service of process on Defendants through the "Contact Us" Portal on the Website and by email or other electronic means to addresses used by Defendants in conjunction with their infringing Website and set forth in the Order for Alternative Service, which Plaintiffs have demonstrated will provide adequate notice to Defendants pursuant to Fed. R. Civ. P. 4, shall be deemed sufficient service; and

IT IS FINALLY ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Default Judgment and Permanent Injunction Order.

Dated:      April 26, 2022
            New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge

EXHIBIT A

| domain | Registrar: | Status: | Name Servers: | Registrant Contact | Technical Contact\info | More info |
|---|---|---|---|---|---|---|
| https://sdarot.tv/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited clientUpdatePr ohibited | ns1.ns-records.in ns2.ns-records.in ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: 95363230_DOMAIN_TV-VRSN | |
| https://sdarot.world/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited | 168.119.125.44 ns1.ns-records.in 188.166.77.250 ns2.ns-records.in 217.182.159.100 ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: c663c93a91284649bcff5e3322 6d92ac-DONUTS | |
| https://www.sdarot.work/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited | ns1.ns-records.in ns2.ns-records.in ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: D_018091E6_22EAF4333372 431A9EBE5EF5BE455989_00 00016F66A4D486-WORK | |
| https://www.sdarot.pro/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited | ns1.ns-records.in ns2.ns-records.in ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: fce520f300d346baaf871870b2 3d930c-DONUTS | ns1.ns-records.in hostmaster@sdarot.tv 2021031402 10800 3600 604800 3600 |
| https://sdarot.dev/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited | ns1.ns-records.in ns2.ns-records.in ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: 436609F0E-DEV | ns1.ns-records.in hostmaster@sdarot.tv 2021031402 10800 3600 604800 3601 |
| https://sdarot.casa/ | Name.com, Inc. abuse@name.com | clientTransfer Prohibited | ns1.ns-records.in ns2.ns-records.in ns3.ns-records.in | Domain Protection Services, Inc. Street:PO Box 1769 City:Denver State:CO Postal Code:80201 Country:US | Registry Domain ID: D_01BE7E6B_FCA69A36ABE 745C7A90F11B57AF319A8_0 000017353DD2F52CASA-GDREG | ns1.ns-records.in hostmaster@sdarot.tv 2021031402 10800 3600 604800 3602 |

| https://www.hasdarot.cc/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | cloudflare | **Organization:** Privacy service provided by Withheld for Privacy ehf<br>**Email:** 4b0434ca0b244c1f91 f9ca7797487af8.prot ect@withheldforpriva cy.com<br>Phone: tel:+354.4212434<br>Kind: individual<br>Mailing Address: Kalkofnsvegur 2, Reykjavik, Capital Region, 101, IS | Registry Domain ID: 167752006_DOMAIN_CC-VRSN | phil.ns.cloudflare.com<br><br>dns@cloudflare.com<br><br>2266262869 10000 2400 604800 3600 |
| https://lametrofitness.net/ | FastDomain Inc.<br>https://www.hostmonster.com/ | | emily.ns.cloudflare.com<br>kevin.ns.cloudflare.com | Name:MANUEL KAZANJIAN Organization:METRO FITNESS INC Street:2985 GLENDALE BLVD City:LOS ANGELES State:CALIFORNIA Postal Code:90039 Country:US Phone:+1.323660005 0<br><br>lametrofitness@gmai l.com | Name:HOSTMONSTER INC Organization:HOSTMONSTER .COM Street:1958 S 950 E City:PROVO State:UTAH Postal Code:84606 Country:US Phone:+1.8014948462 Fax:+1.8017651992<br><br>support@hostmonster.com | emily.ns.cloudflare.com<br><br>dns@cloudflare.com<br><br>2037228616 10000 240<br><br>0 604800 3600 |
| https://www.hasdarot.life/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | phil.ns.cloudflare.com<br><br>173.245.59.137<br><br>sima.ns.cloudflare.com<br><br>172.64.32.222 | Organization:<br><br>Privacy service provided by<br><br>**Withheld for Privacy ehf**<br><br>State: Capital Region Country:IS | **Registry Domain ID: b9ef91f8f6b94a208231fcfd8ac b542e-DONUTS** | |

| | | | | |
|---|---|---|---|---|
| https://www.sdarot.buzz/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | ns1.ns-records.in<br><br>168.119.125.44<br><br>ns2.ns-records.in<br><br>188.166.77.250<br><br>ns3.ns-records.in<br><br>217.182.159.100 | Name<br><br>**REDACTED FOR PRIVACY**<br><br>Organization<br><br>**Domain Protection Services, Inc.**<br>**Street:PO Box 1769**<br>**City:Denver**<br>**State:CO**<br>**Postal Code:80201**<br>**Country:US** | |
| https://www.hasdarot.live/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | phil.ns.cloudflare.com<br><br>173.245.59.137<br><br>sima.ns.cloudflare.com<br><br>172.64.32.222 | Organization:<br><br>Privacy service provided by<br><br>Withheld for Privacy ehf<br><br>State:<br>Capital Region<br>Country:IS | **Registry Domain ID:**<br><br>ad18487c600c4934bbd31230 a2b1de65-DONUTS |
| https://www.hasdarot.spac | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | phil.ns.cloudflare.com<br><br>173.245.59.137<br><br>sima.ns.cloudflare.com<br><br>172.64.32.223 | | |
| https://www.hasdarot.pro/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | dns101.registrar-servers.com<br><br>13.248.239.149<br><br>dns102.registrar-servers.com<br><br>76.223.108.9 | Organization:<br><br>Privacy service provided by<br><br>Withheld for Privacy ehf<br><br>State:<br>Capital Region<br>Country:IS | Registry Domain ID:<br>095bb51c1524443b8ad63084 c4a305ce-DONUTS |

| | | | | | |
|---|---|---|---|---|---|
| https://www.hasdarot.club/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | phil.ns.cloudflare.com<br><br>173.245.59.137<br><br>sima.ns.cloudflare.com<br><br>172.64.32.222 | Organization:<br><br>Privacy service provided by<br><br>Withheld for Privacy ehf<br><br>State:<br>Capital Region<br>Country:IS | Registrant:<br>Handle:<br>SVC0LV5KKZ4U2MFX<br>Name: Redacted for Privacy<br>Organization: Privacy service provided by Withheld for Privacy ehf<br>**Email:**<br>**92944106f63e4ff3bce4b324a**<br>**958c067.protect@withheldfo**<br>**rprivacy.com**<br>Phone: tel:+354.4212434<br>Kind: individual<br>Mailing Address:<br>Kalkofnsvegur 2, Reykjavik,<br>Capital Region, 101, IS |
| https://Sdarot.today | Name.com, Inc. | clientTransfer Prohibited | ns1.ns-records.in<br><br>168.119.125.44<br><br>ns2.ns-records.in<br><br>188.166.77.250<br><br>ns3.ns-records.in<br><br>217.182.159.100 | Organization:<br><br>Privacy service provided by<br><br>Withheld for Privacy ehf<br><br>State:<br>Capital Region<br>Country:IS | Registry Domain ID:<br>bee2032c96af44c9b555805e1<br>0d12e89-DONUTS |
| https://Sdarot.rocks | Name.com, Inc.<br>abuse@name.com | clientTransfer Prohibited | ns1.ns-records.in<br><br>168.119.125.44<br><br>ns2.ns-records.in<br><br>188.166.77.250<br><br>ns3.ns-records.in<br><br>217.182.159.100 | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>a583f3812be14e27ab2d3261a<br>75e53b0-DONUTS |
| https://Hasdarot.xyz | Sav.com, LLC<br><br>Name: Sav.com, LLC<br>IANA ID:<br> 609<br>Abuse contact email:<br> abuse-contact@sav.com<br>Abuse contact phone:<br>tel:+1.8885808790 | clientTransfer Prohibited | hasdarot.xyz<br>SOA<br>21600<br> ns1.parklogic.com<br>hostmaster@pltraffic7.com<br><br>2019111101 3600 7200<br>1209600 3599 | Organization:Privacy Protection<br>State:IL<br>Country:US | Registry Domain ID:<br>D257788094-CNIC |

| | | | | | |
|---|---|---|---|---|---|
| https://Sdarot.pm | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:  Name.com LLC<br>type:    Isp Option 2<br>address:    2500 East Second Avenue<br>address:    Second Floor<br>address:    80206 DENVER, COLORADO<br>country:    US<br>phone:    +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | | | | nic-hdl:    ZZ985-FRNIC<br>type:    PERSON<br>contact:    zira zonot<br>address:    rehov aslosha zonot 5<br>address:    101000 moscow<br>address:    RU<br>country:    RU<br>phone:    +31.524447687<br>e-mail:    sdarot.tv@gmail.com<br>registrar:    Name.com LLC<br>changed:    2021-10-09T03:13:43Z nic@nic.fr |
| https://Hasdarot.net | **GoDaddy.com, LLC**<br>IANA ID: 146<br>Abuse contact email:<br>**abuse@godaddy.com**<br>Abuse contact phone:<br>**tel:480-624-2505** | NS1.PARKLOGIC.CO<br><br>M69.16.230.48<br><br>NS2.PARKLOGIC.COM<br><br>185.67.45.232 | Handle: 1<br>Organization:<br>Domains By Proxy, LLC<br>Kind: individual<br>Mailing Address:<br>Arizona, United States | Registry Domain ID:<br>2551200119_DOMAIN_NET-VRSN | |
| https://www.hasdarot.tv/ | Registrar:<br>**Iconicnames LLC**<br><br>**abuse@web.com**<br>Company Name:   ICONICNAMES LLC<br>Entity Type:   DOMESTIC LIMITED LIABILITY COMPANY<br>File Number:   1133399-98<br>Filing State:   Oregon (OR)<br>Filing Status:   Active<br>Filing Date:   July 30, 2015<br>Company Age:   6 Years, 7 Months<br>Registered Agent:<br>Map Icon spacer Corporation Service Company<br>1127 Broadway St Ne Ste 310<br>Salem, OR 97301 | | | Registry Domain ID:<br>171296924_DOMAIN_TV-VRSN | Domain Name: HASDAROT.TV<br>Registry Domain ID: 171296924_DOMAIN_TV-VRSN<br>Registrar WHOIS Server: whois.web.com<br>Registrar URL: http://www.networksolutions.com<br>Updated Date: 2022-02-22T09:02:04Z<br>Creation Date: 2022-02-22T09:02:04Z<br>Registry Expiry Date: 2023-02-22T09:02:04Z<br>Registrar: Iconicnames LLC<br>Registrar IANA ID: 2855<br>Registrar Abuse Contact Email:<br>abuse@web.com |

| | | | | |
|---|---|---|---|---|
| https://www.sforum.tv/ | Name.com, Inc.<br><br>registrar: Name.com LLC<br>type: Isp Option 2<br>address: 2500 East Second Avenue<br>address: Second Floor<br>address: 80206 DENVER, COLORADO<br>country: US<br>phone: +1 3033643669<br>fax-no: +1 3033643646<br>e-mail: support@name.com | coco.ns.cloudflare.com<br>phil.ns.cloudflare.com | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID: 128113418_DOMAIN_TV-VRSN |
| https://sdarot.space/ | Name.com, Inc.<br><br>registrar: Name.com LLC<br>type: Isp Option 2<br>address: 2500 East Second Avenue<br>address: Second Floor<br>address: 80206 DENVER, COLORADO<br>country: US<br>phone: +1 3033643669<br>fax-no: +1 3033643646<br>e-mail: support@name.com | clientTransferP ns1.ns-records.in1<br><br>68.119.125.44<br><br>ns2.ns-records.in<br><br>188.166.77.250<br><br>ns3.ns-records.in<br><br>217.182.159.100 | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID: **D197280279**-CNIC<br><br>sdarot.space<br><br>SOA<br><br>3600<br><br>ns1.ns-records.in<br><br>hostmaster@sdarot.tv<br><br>2021031402 10800 3600 604800 3600 |
| https://taxisinyork.co.uk/ | Registrar:<br>Stablepoint Limited [Tag = STABLEPOINT]<br>**URL:**<br><br>**http://stablepoint.com** | lila.ns.cloudflare.com<br>ray.ns.cloudflare.com | | This WHOIS information is provided for free by Nominet UK the central registry for .uk domain names. This information and the .uk WHOIS are: |
| https://gamersbay.online/ | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br>abuse@godaddy.com<br>Abuse contact phone:<br>tel:480-624-2505 | clientRenewPr ohibited<br>clientTransfer Prohibited<br>clientUpdatePr ohibited<br>**clientDeleteP rohibited** | lila.ns.cloudflare.com<br>ray.ns.cloudflare.com | Registrant Organization:<br>**SKYCOACH LTD**<br>Registrant State/Province:<br>**Nicosia**<br>Registrant Country:<br>**CY**<br>Registrant Email:<br>Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=gamersbay.online<br>Tech Email: Select | Registry Domain ID:<br><br>**D105219851**-CNIC |

| | | | | | |
|---|---|---|---|---|---|
| https://farmakeio.online/ | NameCheap, Inc.<br><br>abuse@namecheap.com | clientTransfer Prohibited | toby.ns.cloudflare.com<br>dorthy.ns.cloudflare.com | Registrant:<br>Handle:<br>8afl8nwr25kwgozf<br>Name: Redacted for Privacy<br>Organization:<br><br>**Privacy service provided by Withheld for Privacy ehf**<br><br><br>Email:<br><br>**e5b49e39fe1a46c49**<br>**cc8f69f261a75f9.pro** | Registry Domain ID:<br>D9721956-CNIC |
| https://oneeing.info/ | Sav.com, LLC<br><br>IANA ID: 609<br>Abuse contact email: abuse-trusted.savcom@in.wixanswers.com<br>Abuse contact phone:<br>tel:+1.8885808790 | clientTransfer Prohibited | tanner.ns.cloudflare.com<br><br>joyce.ns.cloudflare.com | Organization:Privacy Protection<br>State:IL<br>Country:US | Registry Domain ID:<br>f7998e21a44b436cbbc4b2af6<br>034a59e-DONUTS |
| http://seedingchange.co.u | NameCheap, Inc.<br><br>abuse@namecheap.com | Registered until expiry date. | elsa.ns.cloudflare.com<br><br>hugh.ns.cloudflare.com | | |
| http://gwp-conductive.co.u | Registrar:<br>TUCOWS Inc t/a TUCOWS [Tag = TUCOWS-CA]<br>URL:<br>http://www.tucowsdomains.com<br><br>https://tucowsdomains.com/abuse-form/copyright/ | | frank.ns.cloudflare.com<br>sofia.ns.cloudflare.com | | a.root-servers.net nstld@verisign-grs.com<br>2022022201 1800 900 604800 86400 |

| www.sdarot.life | Name.com, Inc. | clientTransferP | ns1.ns-records.in1 | Organization | Registry Domain ID: f38b77d5f7854733a8a7f04b33 ecee45-DONUTS |
| --- | --- | --- | --- | --- | --- |
| | abuse@name.com | | 68.119.125.44 | Domain Protection Services, Inc. | |
| | | | ns2.ns-records.in | Street:PO Box 1769 City:Denver | |
| | registrar:  Name.com LLC | | 188.166.77.250 | State:CO | |
| | type:      Isp Option 2 | | | Postal Code:80201 | |
| | address:    2500 East Second Avenue | | | Country:US | |
| | address:    Second Floor | | | | |
| | address:    80206 DENVER, COLORADO | | ns3.ns-records.in | | |
| | country:   US | | 217.182.159.100 | | |
| | phone:     +1 3033643669 | | | | |
| | fax-no:    +1 3033643646 | | | | |
| | e-mail:    support@name.com | | | | |
| www.sdarot.pm | Name.com, Inc. | | | | |
| | abuse@name.com | | | | |
| | registrar:  Name.com LLC | | | | |
| | type:      Isp Option 2 | | | | |
| | address:    2500 East Second Avenue | | | | |
| | address:    Second Floor | | | | |
| | address:    80206 DENVER, COLORADO | | | | |
| | country:   US | | | | |
| | phone:     +1 3033643669 | | | | |
| | fax-no:    +1 3033643646 | | | | |
| | e-mail:    support@name.com | | | | |
| www.sdarot.services | Name.com, Inc. | clientTransferP | NS1.NS-RECORDS.IN (has 20 domains) | Organization | Registry Domain ID: efc3cda429e94b52af81c5732c 3922c5-DONUTS |
| | abuse@name.com | | NS2.NS-RECORDS.IN (has 20 domains) | Domain Protection Services, Inc. | |
| | | | NS3.NS-RECORDS.IN (has 20 domains) | Street:PO Box 1769 City:Denver | |
| | registrar:  Name.com LLC | | | State:CO | |
| | type:      Isp Option 2 | | | Postal Code:80201 | |
| | address:    2500 East Second Avenue | | | Country:US | |
| | address:    Second Floor | | | | |
| | address:    80206 DENVER, COLORADO | | ns1.ns-records.in168.119.125.44 | | |
| | country:   US | | ns2.ns-records.in188.166.77.250 | | |
| | phone:     +1 3033643669 | | | | |
| | fax-no:    +1 3033643646 | | ns3.ns-records.in217.182.159.100 | | |
| | e-mail:    support@name.com | | | | |

| | | | | | |
|---|---|---|---|---|---|
| www.sdarot.space | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:  Name.com LLC<br>type:       Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransferP | NS1.NS-RECORDS.IN<br>(has 20 domains)<br>NS2.NS-RECORDS.IN<br>(has 20 domains)<br>NS3.NS-RECORDS.IN<br>(has 20 domains)<br><br><br>ns1.ns-<br>records.in168.119.125.44<br>ns2.ns-<br>records.in188.166.77.250<br>ns3.ns-<br>records.in217.182.159.101 | Organization<br><br>Domain Protection<br>Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>D197280279-CNIC | IP Address 51.77.132.3 - 10 other sites hosted<br>on this server<br><br>IP Location France - Isere - Grenoble - Ovh Sas<br>ASN France AS16276 OVH, FR (registered Feb<br>15, 2001) |
| www.sdarot.today | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:  Name.com LLC<br>type:       Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransferP | NS1.NS-RECORDS.IN<br>(has 20 domains)<br>NS2.NS-RECORDS.IN<br>(has 20 domains)<br>NS3.NS-RECORDS.IN<br>(has 20 domains)<br><br><br>ns1.ns-<br>records.in168.119.125.44<br>ns2.ns-<br>records.in188.166.77.250<br>ns3.ns-<br>records.in217.182.159.102 | Organization<br><br>Domain Protection<br>Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>bee2032c96af44c9b555805e1<br>0d12e89-DONUTS | |
| www.sdarot.website | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:  Name.com LLC<br>type:       Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransferP | NS1.NS-RECORDS.IN<br>(has 20 domains)<br>NS2.NS-RECORDS.IN<br>(has 20 domains)<br>NS3.NS-RECORDS.IN<br>(has 20 domains)<br><br><br>ns1.ns-<br>records.in168.119.125.44<br>ns2.ns-<br>records.in188.166.77.250<br>ns3.ns-<br>records.in217.182.159.103 | Organization<br><br>Domain Protection<br>Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>D128789606-CNIC | Tech Contact —<br>IP Address 51.77.132.3 - 10 other sites hosted<br>on this server<br><br>IP Location France - Isere - Grenoble - Ovh Sas<br>ASN France AS16276 OVH, FR (registered Feb<br>15, 2001) |

| | | | | | | |
|---|---|---|---|---|---|---|
| www.sdarot.work | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:   Name.com LLC<br>type:       Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransferP | NS1.NS-RECORDS.IN (has 20 domains)<br>NS2.NS-RECORDS.IN (has 20 domains)<br>NS3.NS-RECORDS.IN (has 20 domains)<br><br><br>ns1.ns-records.in168.119.125.44<br>ns2.ns-records.in188.166.77.250<br>ns3.ns-records.in217.182.159.104 | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID: D_018091E6_22EAF4333372 431A9EBE5EF5BE455989_00 00016F66A4D486WORK-GDREG | IP Address 51.77.132.3 - 10 other sites hosted on this server<br><br>IP Location France - Isere - Grenoble - Ovh Sas ASN France AS16276 OVH, FR (registered Feb 15, 2001)<br>Hosting History 2 changes on 3 unique name servers over 2 years |
| www.sdarot.video | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:   Name.com LLC<br>type:       Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransferP | NS1.NS-RECORDS.IN (has 20 domains)<br>NS2.NS-RECORDS.IN (has 20 domains)<br>NS3.NS-RECORDS.IN (has 20 domains)<br><br><br>ns1.ns-records.in168.119.125.44<br>ns2.ns-records.in188.166.77.250<br>ns3.ns-records.in217.182.159.105 | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID: 534848e963d24d00b8a8e21fc 627f592-DONUTS | IP Address 51.77.132.3 - 10 other sites hosted on this server<br><br>IP Location France - Isere - Grenoble - Ovh Sas ASN France AS16276 OVH, FR (registered Feb 15, 2001)<br>Hosting History 2 changes on 3 unique name servers over 2 years |
| www.hasdarot.co | NameCheap, Inc.<br><br>abuse@namecheap.com | | Name Servers:ns1.parkco1.neust ar.biz<br>ns2.parkco1.neustar.biz | Organization:<br><br>Privacy service provided by<br><br>Withheld for Privacy ehf<br><br><br>support@withheldfor privacy.com<br><br><br>State:<br>Capital Region<br>Country:IS | Registry Domain ID: DF1E2F8FA59A24A798E9231 624D3C00B9-NSR | IP Address 35.175.1.129 - 55,845 other sites hosted on this server<br><br>IP Location United States - Virginia - Ashburn - Amazon Technologies Inc.<br>ASN United States AS14618 AMAZON-AES, US (registered Nov 04, 2005) |

| | | | | | |
|---|---|---|---|---|---|
| http://sirtonim.tv/ | Name.com, Inc.<br><br>abuse@name.com<br><br>registrar:   Name.com LLC<br>type:        Isp Option 2<br>address:    2500 East Second Avenue<br>address:    Second Floor<br>address:    80206 DENVER, COLORADO<br>country:    US<br>phone:      +1 3033643669<br>fax-no:     +1 3033643646<br>e-mail:      support@name.com | clientTransferP | ns1.fastpark.net<br>ns2.fastpark.net | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>96963589_DOMAIN_TV-VRSN | |
| https://www.Sdarot.me | Key-Systems GmbH<br>IANA ID: 269<br>URL: http://www.key-systems.net<br>Whois Server: whois.rrpproxy.net<br><br>abuse@@key-systems.net | | ns1.rentondc.com<br>ns2.rentondc.com | c/o whoisproxy.com | Registry Domain ID:<br>D108500000002163680-AGRS | IP Address 93.115.28.104 - 11,186 other sites hosted on this server<br><br>IP Location Lithuania - Siauliu Apskritis - Siaulenai - Dedicated Servers<br>ASN Lithuania AS16125 CHERRYSERVERS1-AS, LT (registered Mar 29, 2011) |
| www.flarehost.org | Name: FastDomain Inc.<br>IANA ID: 1154<br>Abuse contact email:<br>legal@fastdomain.com<br>Abuse contact phone:<br>tel:+1.6022262389 | clientTransferP | hydrogen.ns.hetzner.com<br>oxygen.ns.hetzner.com | | Registry Domain ID:<br>D402200000018354715-LROR | |
| www.hostonline.site | Name: FastDomain Inc.<br>IANA ID: 1154<br>Abuse contact email:<br>legal@fastdomain.com<br>Abuse contact phone:<br>tel:+1.6022262389 | clientTransferP | ns7051.banahosting.com<br><br>50.31.176.35<br><br>ns7052.banahosting.com<br><br>50.31.176.36 | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>D205480078-CNIC | |
| www.mosalsalat.tv | Name: FastDomain Inc.<br>IANA ID: 1154<br>Abuse contact email:<br>legal@fastdomain.com<br>Abuse contact phone:<br>tel:+1.6022262389 | clientTransferP | ns1mpz.name.com<br><br>ns2fhn.name.com<br><br>ns3qtx.name.com<br><br>ns4kmw.name.com | Organization<br><br>Domain Protection Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>144774386_DOMAIN_TV-VRSN | |
| www.zira.ninja | Above.com Pty Ltd.<br><br>abuse@above.com | clientTransferP | ns3.above.com<br>ns4.above.com | Organization:Transure Enterprise Ltd<br>State:Delaware<br>Country:US | Registry Domain ID:<br>6179f549146a4bd1b71c00bdd4495c5c-DONUTS | |

| | | | | | |
|---|---|---|---|---|---|
| www.zira.online | Dynadot LLC | clientTransferP | ns1.dynadot.com<br>ns2.dynadot.com | Registrant:<br><br>Handle: CE-368217<br>Name: Pending Renewal or Deletion<br>Email:<br>**expired@dynadot.com**<br>Phone:<br>tel:+1.6502620100<br>Kind: individual<br>Mailing Address: PO Box 701, San Mateo, CA, 94401, US | Registry Domain ID:<br>D44863611-CNIC |
| https://www.Sdarot.biz | Key-Systems GmbH<br>IANA ID: 269<br>URL: http://www.key-systems.net<br>Whois Server: whois.rrpproxy.net<br><br>abuse@@key-systems.net | | ns1.torresdns.com<br>ns2.torresdns.com | c/o whoisproxy.com | Registry Domain ID:<br>D30DC145E8BD242D49F867<br>DBC3B82E40C-NSR |
| www.tmbt.club | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2505 | clientTransfer Prohibited<br>clientUpdatePr ohibited<br>clientRenewPr ohibited<br>clientDeletePr ohibited | amber.ns.cloudflare.com<br><br>172.64.32.64<br><br>skip.ns.cloudflare.com<br><br>173.245.59.233 | State:bayern<br>Country:DE | Registry Domain ID:<br>D8F621074EC564E479F2C0C<br>D184CDB08D-NSR |
| www.theploggers.com | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2506 | clientDeletePr ohibited<br>clientRenewPr ohibited<br>clientTransfer Prohibited<br>clientUpdatePr ohibited | MATT.NS.CLOUDFLARE. COM<br><br>172.64.33.131<br><br>RUTH.NS.CLOUDFLARE. COM<br><br>108.162.192.143 | State:Arezzo<br>Country:IT<br>Email:Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=theploggers.com | Registry Domain ID:<br>2379344015_DOMAIN_COM-VRSN |
| www.speedybusinessnetw | Name: Launchpad.com Inc.<br>IANA ID: 955<br>Abuse contact email:<br>abuse@hostgator.com<br>Abuse contact phone: tel:602-226-2389 | clientTransferP | ns6349.hostgator.com<br><br>192.254.186.196<br><br>ns6350.hostgator.com<br><br>192.254.186.197 | Name:Luna K<br>Organization:None<br>Street:248<br>City:Bangalore<br>State:KA<br>Postal Code:560026<br>Country:IN<br>Phone:+91.9966804584<br>Email:lina.k65@outlook.com | Registry Domain ID:<br>2658000554_DOMAIN_COM-VRSN |

| Domain | Registrar | Status | Name Servers | Registrant | Registry Domain ID |
|---|---|---|---|---|---|
| www.shellindir.info | Registrar:<br><br>Porkbun LLC | clientDeletePr ohibited<br>clientTransfer Prohibited<br>autoRenewPer iod | curitiba.porkbun.com52.24. 239.56<br>fortaleza.porkbun.com3.22 4.31.177<br>maceio.porkbun.com52.73. 191.223<br>salvador.porkbun.com44.2 29.234.37 | Organization:<br><br>Private by Design, LLC<br>State:NC<br>Country:US | Registry Domain ID: ab5154061fe243d6a8dfd9ce8 adc11d0-DONUTS |
| www.zpqbae.com | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2506 | clientDeletePr ohibited<br>clientRenewPr ohibited<br>clientTransfer Prohibited<br>clientUpdatePr ohibited | JEN.NS.CLOUDFLARE.C OM162.159.38.185<br>PORTER.NS.CLOUDFLAR E.COM108.162.195.243 | State:546457<br>Country:HK<br>Email:Select Contact Domain Holder link at https://www.godaddy. com/whois/results.as px?domain=zpqbae.c om | Registry Domain ID: 2602091725_DOMAIN_COM- VRSN |
| www.stt3888.com | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2507 | redemptionPer iod | | | |
| www.sdarot.ninja | Name:<br>Sav.com, LLC<br>IANA ID: 609<br>Abuse contact email: abuse- trusted.savcom@in.wixanswers.com<br>Abuse contact phone:<br>tel:+1.8885808790 | clientTransfer Prohibited | | Organization:<br>Privacy Protection<br>Mailing Address: IL, US | Registry Domain ID:<br><br>e1472a9f0634443daf21f6d73d de67f9-DONUTS |
| www.oneeing.info | Name:<br>Sav.com, LLC<br>IANA ID: 609<br><br>Abuse contact email:<br><br> abuse- trusted.savcom@in.wixanswers.com<br>Abuse contact phone:<br><br>tel:+1.8885808790 | clientTransfer Prohibited | tanner.ns.cloudflare.com<br>joyce.ns.cloudflare.com | Organization:<br>Privacy Protection<br>Mailing Address: IL, US | Registry Domain ID: f7998e21a44b436cbbc4b2af6 034a59e-DONUTS |
| www.sdarot.live | Name: Dynadot, LLC<br>IANA ID: 472<br>Abuse contact email: abuse@dynadot.com<br>Abuse contact phone: tel:+1.6502620100 | clientTransfer Prohibited | ns1.brainydns.com<br><br>ns2.brainydns.com | Registrant:<br>Mailing Address: California, US | Registry Domain ID:<br><br>8bef9aeea8dc4403a681bc770 4b3d097-DONUTS |

| www.sdarot.click | Name: Key-Systems, LLC<br>Abuse contact email: abuse@key-systems.net<br>Abuse contact phone: tel:+49.68949396850 | active | | Organization:KINETI CDOMAINS LTD<br>State:Not Applicable<br>Country:SC | Registry Domain ID:<br>DO_1ede2c7f47eb0a309efedf093e1dc40a-UR | |
| www.prezenti.site | Dynadot LLC | clientTransfer Prohibited | ns1.above.com<br>ns2.above.com | Registrant:<br>Handle: CPF-291635<br>Name: Super Privacy Service LTD c/o Dynadot<br>Email: https://www.dynadot.com/domain/contact-request?domain=prezenti.site<br>Phone: tel:+1.6505854708<br>Kind: individual<br>Mailing Address: PO Box 701, San Mateo, California, 94401, US | Registry Domain ID:<br>D223843403-CNIC | |
| www.ortegasport.com | Name: SafeNames Ltd.<br>IANA ID: 447<br>Abuse contact email: abuse@safenames.net<br>Abuse contact phone: tel:+44.1908200022 | clientDeletePr ohibited<br>clientTransfer Prohibited<br>clientUpdatePr ohibited | betty.ns.cloudflare.com<br>elliot.ns.cloudflare.com | Name:Data protected, not disclosed<br>Street:4C Leisure Island Business Centre<br>City:Ocean Village<br>Postal Code:GX11 1AA<br>Country:GI<br>Phone:Data protected, not disclosed<br>Fax:Data protected, not disclosed<br>Email: 16igw48ct99b@idp.e | Registry Domain ID:<br>2247711340_DOMAIN_COM-VRSN | Administrative Contact<br>Name:International Domain Administrator<br>Street:Safenames House, Sunrise Parkway Linford Wood<br>City:Milton Keynes<br>State:Bucks<br>Postal Code:MK14 6LS<br>Country:UK<br>Phone:+44.1908200022<br>Fax:+44.1908325192<br>Email:hostmaster@safenames.net |

| www.lookmovies.watch | Name.com, Inc.<br><br>abuse@name.com<br><br><br>registrar:  Name.com LLC<br>type:      Isp Option 2<br>address:   2500 East Second Avenue<br>address:   Second Floor<br>address:   80206 DENVER,<br>COLORADO<br>country:   US<br>phone:     +1 3033643669<br>fax-no:    +1 3033643646<br>e-mail:    support@name.com | clientTransfer<br>Prohibited | peyton.ns.cloudflare.com<br>dell.ns.cloudflare.com | Organization<br><br>Domain Protection<br>Services, Inc.<br>Street:PO Box 1769<br>City:Denver<br>State:CO<br>Postal Code:80201<br>Country:US | Registry Domain ID:<br>885c6532402f4a90ba9599526<br>4133209-DONUTS |
|---|---|---|---|---|---|
| www.gldbr.com | Name:<br><br> NAMECHEAP INC<br>Email: abuse@namecheap.com<br>Phone: tel:+1.9854014545 | clientTransfer<br>Prohibited | arnold.ns.cloudflare.com<br>ivy.ns.cloudflare.com | Handle: redacted for<br>privacy<br>Name: Redacted for<br>Privacy<br>Organization:<br>Privacy service<br>provided by<br>Withheld for Privacy<br>ehf<br>Email:<br>**c1c8372224e748399<br>9347cf4203c51fa.pr<br>otect@withheldforp<br>rivacy.com**<br>Phone:<br>tel:+354.4212434<br>Kind: individual | Registry Domain ID:<br>2555219038_DOMAIN_COM-<br>VRSN |
| www.dot26.xyz | NameSilo, LLC<br><br>abuse@namesilo.com | pendingDelete<br>serverHold<br>serverTransfer<br>Prohibited<br>clientTransfer<br>Prohibited<br>inactive<br>redemptionPer<br>iod | clint.ns.cloudflare.com172.<br>64.33.90<br>jill.ns.cloudflare.com108.16<br>2.192.122 | Registrant Contact<br>Information:<br>Name<br>Domain Administrator<br>Organization<br>See<br>PrivacyGuardian.org<br>Address<br>1928 E. Highland<br>Ave. Ste F104<br>PMB# 255<br>City<br>Phoenix<br>State / Province<br>AZ<br>Postal Code<br>85016 | Registry Domain ID:<br>D215612178-CNIC |

| | | | | |
|---|---|---|---|---|
| www.dev0oo0o00000oo000 | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2507 | | EMILY.NS.CLOUDFLARE.<br>COM<br>173.245.58.155<br>GIANCARLO.NS.CLOUDF<br>LARE.COM<br>108.162.195.5 | Organization:Simply<br>Tech IT LLC<br>State:Wyoming<br>Country:US | Registry Domain ID:<br>D225564813-CNIC |
| www.cdnsec.com | GoDaddy.com, LLC<br>IANA ID: 146<br>Abuse contact email:<br> abuse@godaddy.com<br>Abuse contact phone:<br> tel:480-624-2508 | clientDeletePr<br>ohibited<br>clientRenewPr<br>ohibited<br>clientTransfer<br>Prohibited<br>clientUpdatePr<br>ohibited | DEMI.NS.CLOUDFLARE.C<br>OM<br><br>RICK.NS.CLOUDFLARE.C<br>OM | | |

EXHIBIT B

# List of ISPS

| Provider | Est. Population Covered | States | Max Speed |
|---|---|---|---|
| HughesNet | 308,745,538 | 53 | 25 mbps |
| Viasat Internet | 308,511,223 | 51 | 100 mbps |
| AT&T Wireless | 306,461,488 | 53 | 10 mbps |
| Verizon | 305,032,264 | 51 | 10 mbps |
| T-Mobile | 288,319,911 | 51 | 10 mbps |
| AT&T Internet | 121,099,227 | 21 | 940 mbps |
| T-Mobile Home Internet | 120,511,416 | 50 | 115 mbps |
| Ultra Home Internet | 120,511,416 | 50 | 100 mbps |
| Xfinity | 111,927,145 | 40 | 3000 mbps |

| | | | |
|---|---|---|---|
| Spectrum | 102,726,027 | 44 | 1000 mbps |
| EarthLink | 99,191,941 | 26 | 940 mbps |
| Cricket Wireless | 94,688,250 | 37 | 6 mbps |
| Metro® by T-Mobile | 54,308,583 | 5 | 1.5 mbps |
| Verizon High Speed Internet | 48,884,813 | 11 | 15 mbps |
| CenturyLink | 48,564,011 | 53 | 940 mbps |
| Verizon Fios | 34,765,005 | 10 | 940 mbps |
| Frontier Communications | 30,535,954 | 25 | 940 mbps |
| U.S. Cellular | 25,083,868 | 19 | 6 mbps |
| Cox Communications | 20,941,074 | 19 | 1000 mbps |
| Rise Broadband | 19,448,012 | 48 | 250 mbps |

| | | | |
|---|---|---|---|
| Windstream | 12,660,437 | 51 | 1000 mbps |
| Optimum by Altice | 11,941,064 | 5 | 1000 mbps |
| King Street Wireless | 7,959,776 | 24 | 1 mbps |
| WOW! | 7,174,627 | 9 | 1000 mbps |
| Suddenlink Communications | 7,020,099 | 17 | 1000 mbps |
| Mediacom Cable | 6,564,176 | 22 | 1000 mbps |
| Etheric Networks | 5,887,782 | 1 | 10000 mbps |
| Starry Internet | 5,444,394 | 7 | 200 mbps |
| Nextlink Internet | 5,396,899 | 7 | 1000 mbps |
| Agile Networks | 5,124,661 | 5 | 100 mbps |
| Metronet | 5,122,649 | 8 | 1000 mbps |

| | | | |
|---|---|---|---|
| Triad Wireless | 4,794,761 | 1 | 300 mbps |
| Wisper ISP | 4,744,766 | 6 | 1000 mbps |
| Consolidated Communications (Formerly Fairpoint Communications) | 4,572,375 | 21 | 1000 mbps |
| RCN | 4,311,158 | 8 | 1000 mbps |
| Sparklight (formerly Cable One) | 4,292,287 | 21 | 1000 mbps |
| C Spire Fiber | 4,215,951 | 10 | 1000 mbps |
| Everywhere Wireless | 3,916,796 | 1 | 1000 mbps |
| UnWired Broadband | 3,823,827 | 1 | 30 mbps |
| TWN Communications | 3,668,658 | 5 | 15 mbps |
| Phoenix Internet | 3,565,037 | 1 | 50 mbps |
| WATCH Communications | 3,462,352 | 4 | 1000 mbps |

| | | | |
|---|---|---|---|
| Ranch Wireless | 3,294,333 | 1 | 25 mbps |
| BarrierFree | 3,030,290 | 1 | 25 mbps |
| Cruzio Internet | 3,024,653 | 1 | 1000 mbps |
| Google Fiber | 2,848,858 | 9 | 2000 mbps |
| TierOne Networks | 2,827,432 | 1 | 5 mbps |
| Ziply Fiber | 2,754,505 | 4 | 100 mbps |
| Nextera Communications | 2,589,030 | 2 | 100 mbps |
| Stimulus Technologies | 2,204,655 | 4 | 1000 mbps |
| Wave Broadband | 2,109,144 | 3 | 1000 mbps |
| TDS Telecom | 2,048,611 | 27 | 1000 mbps |
| Lynx Communications | 1,967,675 | 1 | 200 mbps |

| | | | |
|---|---|---|---|
| Cirra Networks | 1,918,117 | 1 | 50 mbps |
| Atlantic Broadband | 1,897,822 | 13 | 1000 mbps |
| lv.net | 1,878,128 | 1 | 3 mbps |
| Utah Broadband | 1,865,241 | 1 | 60 mbps |
| Brown Dog Networks | 1,832,464 | 1 | 15 mbps |
| ERF Wireless | 1,815,907 | 1 | 0.768 mbps |
| Packet Layer | 1,773,320 | 2 | 10000 mbps |
| Mercury Wireless | 1,771,521 | 5 | 1000 mbps |
| Cal.net | 1,754,125 | 1 | 25 mbps |
| Sonic | 1,696,048 | 1 | 2000 mbps |
| AtLink | 1,691,963 | 1 | 25 mbps |

| | | | |
|---|---|---|---|
| Sky Fiber | 1,629,454 | 3 | 100 mbps |
| Hoosier Broadband | 1,608,106 | 1 | 30 mbps |
| Cellcom | 1,607,399 | 1 | 1000 mbps |
| LTD Broadband | 1,574,180 | 5 | 500 mbps |
| Phoenix Broadband | 1,555,648 | 1 | 20 mbps |
| Cincinnati Bell | 1,518,281 | 18 | 1000 mbps |
| KwiKom Communications | 1,494,126 | 2 | 1000 mbps |
| Aerux Broadband | 1,476,008 | 2 | 10000 mbps |
| Grande Communications | 1,419,741 | 1 | 1000 mbps |
| ZipLink Internet.com | 1,406,552 | 1 | 50 mbps |
| Texas Wireless Internet | 1,329,342 | 1 | 10 mbps |

| | | | |
|---|---|---|---|
| Go Creative Wireless | 1,306,270 | 1 | 100 mbps |
| Vyve Broadband | 1,295,573 | 16 | 1000 mbps |
| Hawaiian Telcom | 1,282,690 | 1 | 1000 mbps |
| Rock Solid Internet & Telephone | 1,279,768 | 1 | 100 mbps |
| Mobi | 1,229,272 | 1 | 0.768 mbps |
| All Points Broadband | 1,199,657 | 4 | 200 mbps |
| Blast Communications | 1,194,172 | 1 | 6 mbps |
| Sinlar Broadband | 1,191,083 | 1 | 3 mbps |
| E-Vergent Wireless | 1,145,741 | 2 | 65 mbps |
| Bluespan | 1,094,904 | 2 | 1000 mbps |
| Fire2Wire | 1,093,271 | 1 | 15 mbps |

| | | | |
|---|---|---|---|
| Cibola Wireless | 1,064,735 | 1 | 50 mbps |
| Armstrong | 1,063,965 | 6 | 1000 mbps |
| North Coast Wireless Communications | 1,056,585 | 1 | 1000 mbps |
| Viaero Wireless | 1,055,202 | 5 | 15 mbps |
| Surf Broadband Solutions | 1,038,470 | 3 | 1000 mbps |
| DigitalPath | 1,033,365 | 2 | 1000 mbps |
| Simply Bits | 1,033,190 | 1 | 100 mbps |
| Argon Technologies | 1,031,005 | 1 | 15 mbps |
| CityLink Telecommunications | 1,006,149 | 1 | 1000 mbps |
| DLS Internet Services | 1,001,690 | 1 | 10 mbps |

EXHIBIT C

**Vendors Providing Services to the Website Located at www.sdarot.com  (the "Website")**

Roku

Google

DNSmadeeasy.com

Instagram

Paypal

APKVision.com