# Kaufman & Kahn, LLP

May 20, 2022

BY EMAIL:

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:   *United King Distribution v. Does 1-10, d/b/a Israel.tv, Israeli-tv.com and Sdarot.com* (21-cv-11024, -11025, and -11026)

Dear Judge Nathan:

    We are attorneys for plaintiffs in the above-captioned case.  In connection with submitting a petition for attorneys' fees and costs (due today, pursuant to the Court's directive on April 26, 2022), please confirm the following:

1. Whether the Court might issue an order allowing plaintiffs to submit any engagement letter, invoices and summary of the invoices under seal;

2. Whether the Court would adjourn the time to file the petition until Wednesday, May 25, 2022, because today we received almost 150 invoices from the process server and need to summarize the same in order to submit accurate costs; and

3. Whether plaintiffs should submit the petition as to all three, related cases on one document bearing all three index numbers, and e-file the one document in the three ECF locations for each case.

Thank you for your consideration of this matter.

                              Respectfully submitted,
                              /s/
                              Mark S. Kaufman

May 20, 2022
-- Page 2 --

Application GRANTED.  Plaintiffs shall be permitted until May 25, 2022, to submit their fee petition.  Plaintiffs may submit a single petition outlining their counsel's requested fees for all three related cases, which petition should be filed in each of the three related cases.  Finally, Plaintiffs may file the above-referenced client materials under seal, viewable only to the parties and the Court.

The Clerk of Court is directed to file this endorsement in all three related cases listed in the caption of this document.  Furthermore, the Clerk of Court is directed to terminate the pending motions at docket entry 51 in 21 Civ. 11024, docket entry 51 in 21 Civ. 11025, and docket entry 55 in 21 Civ. 11026.

Dated:     May 20, 2022                          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE